ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Atlantic Subsea, Inc. | ) | ASBCA Nos. 62904-ADR, 62998-ADR |
| | ) | 62999-ADR |
| | ) | |
| Under Contract No. W912BU-20-C-0004 | ) | |

APPEARANCES FOR THE APPELLANT:    Nicholas T. Solosky, Esq.
David Timm, Esq.
P. Sean Milani-nia, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
John A. Skarbek, Esq.
Jacqueline J. Ryan, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Philadelphia

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 14, 2022

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62904-ADR, 62998-ADR, 62999-ADR, Appeals of Atlantic Subsea, Inc., rendered in conformance with the Board's Charter.

Dated:  December 15, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals